UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARMANDO M. GARCIA, MARIA E. GARCIA,<br><br>  Plaintiffs,<br>  v.<br><br>AMERICAN HOME MORTGAGE SERVICING INC., T.D. SERVICES COMPANY, COMMON WEALTH LAND TITLE CO., OPTION ONE MORTGAGE CORP., AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>  Defendants. | Case No.: 11-CV-03678-LHK<br><br>ORDER DISMISSING CASE |

On December 9, 2011, the Court dismissed Plaintiffs' claims in the above-mentioned action with leave to amend. ECF No. 34. At that time Plaintiff was ordered to file an amended complaint within 21 days, or face the dismissal of this action with prejudice in its entirety. ECF No. 34. The Court's December 9, 2011 Order was mailed to Plaintiff. *See* ECF No. 34-1.

Plaintiffs failed to amend their complaint by December 30, 2011, or any time thereafter. Accordingly, the case is DISMISSED with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: January 5, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-03678-LHK
ORDER DISMISSING CASE